IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC. | § § § | |
| versus | § § § § | CIVIL ACTION NO. H-05-3418 |
| MICHAEL D. WILLEFORD, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting Plaintiff's Motion for Summary Judgment against Defendant Norman Don Schneider, signed on the ___ day of April, 2006, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ___ day of April, 2006, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE